HEDIN HALL LLP
David W. Hall (SBN 274921)
Four Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone:    (415) 766-3534
Facsimile:    (415) 402-0058
dhall@hedinhall.com

Frank S. Hedin (SBN 291289)
1395 Brickell Ave., Ste 900
Miami, Florida 33131
Telephone:    (305) 357-2107
Facsimile:    (305) 200-8801
fhedin@hedinhall.com

*Counsel for Plaintiffs and Proposed Class*

KELLEY DRYE & WARREN LLP
Sarah E. Diamond (State Bar No. 281162)
10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, CA 90067-4008
Telephone:    (310) 712-6105
Facsimile:    (310) 712-6199
sdiamond@kelleydrye.com

Lauri A. Mazzuchetti (*pro hac vice*)
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Telephone:    (973) 503-5910
Facsimile:    (973) 503-5950
lmazzuchetti@kelleydrye.com

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON MOTLEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CONTEXTLOGIC INC.,<br><br>    Defendant. | Case No. 3:18-cv-02117-JD<br><br>Judge: Hon. James Donato<br><br>**JOINT NOTICE OF SETTLEMENT** |
| MEMARY LAROCK, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CONTEXTLOGIC INC.,<br><br>    Defendant. | Case No. 3:18-cv-07177-JD<br><br>Judge: Hon. James Donato<br><br>**JOINT NOTICE OF SETTLEMENT** |

1      Plaintiffs Sharon Motley and Memary LaRock, on behalf of themselves and all others

2  similarly situated, and Defendant ContextLogic Inc. – the parties to the related actions entitled

3  *Motley v. ContextLogic Inc.,* No. 3:18-cv-02117-JD and *LaRock v. ContextLogic Inc.*, No. 3:18-cv-

4  7177-JD – hereby jointly notify the Court that a proposed resolution of these actions was reached at

5  mediation before the Hon. Wayne R. Andersen (Ret.) on February 28, 2019.

6      The parties respectfully request leave until April 30, 2019 to file a motion for preliminary

7  approval of the proposed settlement, after first confirming certain information related to the scope

8  of the proposed settlement, preparing a formal settlement agreement and related materials, and

9  performing other necessary settlement-related tasks.

10  Dated:  March 4, 2019                Respectfully submitted,

11                            **HEDIN HALL LLP**

12                            By: /s/ Frank S. Hedin_____

13                            Frank S. Hedin (SBN 291289)
    1395 Brickell Ave., Ste 900

14      Miami, Florida 33131
    Telephone:   (305) 357-2107

15      Facsimile:   (305) 200-8801
    fhedin@hedinhall.com

16

17      David W. Hall (SBN 274921)
    Four Embarcadero Center, Suite 1400

18      San Francisco, California 94111
    Telephone:   (415) 766-3534

19      Facsimile:   (415) 402-0058
    dhall@hedinhall.com

20      *Counsel for Plaintiffs and the Proposed Class*

21

22      **KELLEY DRYE & WARREN LLP**

23      By: /s/ Lauri A. Mazzuchetti_____

24      Lauri A. Mazzuchetti (*pro hac vice*)
    Jeffrey S. Jacobson (*pro hac vice*)

25      One Jefferson Road, 2nd Floor
    Parsippany, New Jersey 07054

26      Telephone:   (973) 503-5910
    Facsimile:   (973) 503-5950

27      lmazzuchetti@kelleydrye.com
    jjacobson@kelleydrye.com

28

JOINT NOTICE OF SETTLEMENT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

S. Spencer Elg (*pro hac vice*)
3050 K Street NW, Ste. 400
Washington, DC 20007-5108
Telephone:     (202)342-8466
Facsimile:     (202) 342-8451
selg@kelleydrye.com

Sarah E. Diamond (State Bar No. 281162)
10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, California 90067-4008
Telephone:     (310) 712-6105
Facsimile:     (310) 712-6199
sdiamond@kelleydrye.com

*Counsel for Defendant ContextLogic Inc.*

## CERTIFICATION PURSUANT TO L.R. 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

By:   /s/ Frank S. Hedin
        Frank S. Hedin

3

JOINT NOTICE OF SETTLEMENT