1   HEDIN HALL LLP
    David W. Hall (SBN 274921)
2   Four Embarcadero Center, Suite 1400
    San Francisco, California 94111
3   Telephone:    (415) 766-3534
    Facsimile:    (415) 402-0058
4   dhall@hedinhall.com

5   Frank S. Hedin (SBN 291289)
    1395 Brickell Ave., Ste 900
6   Miami, Florida 33131
    Telephone:    (305) 357-2107
7   Facsimile:    (305) 200-8801
    fhedin@hedinhall.com

8

9   *Counsel for Plaintiffs and Proposed Class*

KELLEY DRYE & WARREN LLP
Sarah E. Diamond (State Bar No. 281162)
10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, CA 90067-4008
Telephone:    (310) 712-6105
Facsimile:    (310) 712-6199
sdiamond@kelleydrye.com

Lauri A. Mazzuchetti (*pro hac vice*)
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Telephone:    (973) 503-5910
Facsimile:    (973) 503-5950
lmazzuchetti@kelleydrye.com

*Counsel for Defendant*

10          UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA

12

13  SHARON MOTLEY, individually and on
    behalf of all others similarly situated,

14          Plaintiff,

15  v.

16  CONTEXTLOGIC INC.,

17          Defendant.

Case No. 3:18-cv-02117-JD

Judge: Hon. James Donato

**JOINT STATUS REPORT REGARDING
SETTLEMENT**

18  MEMARY LAROCK, individually and on
    behalf of all others similarly situated,

19

20          Plaintiff,

21  v.

22  CONTEXTLOGIC INC.,

23          Defendant.

Case No. 3:18-cv-07177-JD

Judge: Hon. James Donato

**JOINT STATUS REPORT REGARDING
SETTLEMENT**

24

25

26

27

28

JOINT STATUS REPORT REGARDING SETTLEMENT

1  Plaintiffs Sharon Motley and Memary LaRock, on behalf of themselves and all others

2  similarly situated, and Defendant ContextLogic Inc. – the parties to the related actions *Motley v.*

3  *ContextLogic Inc.,* No. 3:18-cv-02117-JD and *LaRock v. ContextLogic Inc.*, No. 3:18-cv-7177-JD –

4  jointly submit this report to update the Court on the status of the proposed settlement of these actions.

5  On March 4, 2019, the parties notified the Court that they had reached a proposed settlement

6  of this litigation and requested leave until April 30, 2019 to submit the proposed settlement for

7  approval. (ECF No. 57.)  Since that time, the parties have worked diligently and cooperatively towards

8  completing the confirmatory discovery process, finalizing the formal settlement agreement, and

9  selecting a proposed settlement administrator (having recently concluded a competitive process in

10  which multiple estimates were obtained from each of three potential administrators).  However, due

11  to the scope of the proposed settlement in this case and the nature of the confirmatory discovery

12  process that still needs to be completed, the parties anticipate that it will take up to an additional thirty

13  (30) days from the existing deadline of April 30, 2019 to complete this work and move for preliminary

14  approval of the settlement.

15  Accordingly, the parties respectfully request leave until May 30, 2019 to submit the proposed

16  settlement and related materials for approval.

17  Dated:  April 16, 2019               Respectfully submitted,

18  **HEDIN HALL LLP**

19  By: /s/ Frank S. Hedin_____

20  Frank S. Hedin (SBN 291289)
21  1395 Brickell Ave., Ste 900
   Miami, Florida 33131
22  Telephone:    (305) 357-2107
   Facsimile:    (305) 200-8801
23  fhedin@hedinhall.com

24  David W. Hall (SBN 274921)
   Four Embarcadero Center, Suite 1400
25  San Francisco, California 94111
   Telephone:    (415) 766-3534
26  Facsimile:    (415) 402-0058
   dhall@hedinhall.com

27  *Counsel for Plaintiffs and the Proposed Class*

28

2

JOINT STATUS REPORT REGARDING SETTLEMENT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**KELLEY DRYE & WARREN LLP**

By: /s/ Lauri A. Mazzuchetti

Lauri A. Mazzuchetti (*pro hac vice*)
Jeffrey S. Jacobson (*pro hac vice*)
One Jefferson Road, 2nd Floor
Parsippany, New Jersey 07054
Telephone:     (973) 503-5910
Facsimile:      (973) 503-5950
lmazzuchetti@kelleydrye.com
jjacobson@kelleydrye.com

S. Spencer Elg (*pro hac vice*)
3050 K Street NW, Ste. 400
Washington, DC 20007-5108
Telephone:     (202)342-8466
Facsimile:      (202) 342-8451
selg@kelleydrye.com

Sarah E. Diamond (State Bar No. 281162)
10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, California 90067-4008
Telephone:     (310) 712-6105
Facsimile:      (310) 712-6199
sdiamond@kelleydrye.com

*Counsel for Defendant ContextLogic Inc.*

## CERTIFICATION PURSUANT TO L.R. 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

By:     /s/ Frank S. Hedin
Frank S. Hedin

JOINT STATUS REPORT REGARDING SETTLEMENT