HEDIN HALL LLP
David W. Hall (SBN 274921)
Four Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone:     (415) 766-3534
Facsimile:     (415) 402-0058
dhall@hedinhall.com

Frank S. Hedin (SBN 291289)
1395 Brickell Ave., Ste 900
Miami, Florida 33131
Telephone:     (305) 357-2107
Facsimile:     (305) 200-8801
fhedin@hedinhall.com

*Counsel for Plaintiffs*

KELLEY DRYE & WARREN LLP
Sarah E. Diamond (State Bar No. 281162)
10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, CA 90067-4008
Telephone:     (310) 712-6105
Facsimile:     (310) 712-6199
sdiamond@kelleydrye.com

Lauri A. Mazzuchetti (*pro hac vice*)
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Telephone:     (973) 503-5910
Facsimile:     (973) 503-5950
lmazzuchetti@kelleydrye.com

*Counsel for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON MOTLEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CONTEXTLOGIC INC.,<br><br>    Defendant. | Case No. 3:18-cv-02117-JD<br><br>Judge: Hon. James Donato<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| MEMARY LAROCK, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CONTEXTLOGIC INC.,<br><br>    Defendant. | Case No. 3:18-cv-07177-JD<br><br>Judge: Hon. James Donato<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs Sharon Motley and Memary LaRock and Defendant ContextLogic Inc. that the above-entitled actions be dismissed without prejudice, and without costs, disbursements, or attorneys' fees to any party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:  May 31, 2019

Respectfully submitted,

**HEDIN HALL LLP**

By: /s/ David W. Hall

David W. Hall (SBN 274921)
Four Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone:    (415) 766-3534
Facsimile:    (415) 402-0058
dhall@hedinhall.com

Frank S. Hedin (SBN 291289)
1395 Brickell Ave., Ste 900
Miami, Florida 33131
Telephone:    (305) 357-2107
Facsimile:    (305) 200-8801
fhedin@hedinhall.com

*Counsel for Plaintiffs*

**KELLEY DRYE & WARREN LLP**

By: /s/ Lauri A. Mazzuchetti

Lauri A. Mazzuchetti (*pro hac vice*)
One Jefferson Road, 2nd Floor
Parsippany, New Jersey 07054
Telephone:    (973) 503-5910
Facsimile:    (973) 503-5950
lmazzuchetti@kelleydrye.com

Sarah E. Diamond (State Bar No. 281162)
10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, California 90067-4008
Telephone:    (310) 712-6105
Facsimile:    (310) 712-6199
sdiamond@kelleydrye.com

*Counsel for Defendant ContextLogic Inc.*

STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**CERTIFICATION PURSUANT TO L.R. 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

By:   /s/ David W. Hall
        David W. Hall